FILED
United States Court of Appeals
Tenth Circuit

November 26, 2024

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

TRISTEN PRENTICE,

    Defendant - Appellant.

No. 23-5125
(D.C. No. 4:21-CR-00440-GKF-1)
(N.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on the United States' *Unopposed Motion to Remand for Resentencing*. Upon consideration, the motion is granted as follows.

This matter is remanded to the district court with instructions to vacate Defendant Tristen Prentice's sentence and to conduct any and all proceedings necessary to resentence Mr. Prentice, including making the specific findings to support the special supervised release condition identified in the motion to remand.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on an unopposed motion to remand to the district court, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

Per Curiam